IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

| | | |
|---|---|---|
| CARL R. TAYLOR, | * | |
| *Plaintiff*, | * | |
| vs. | * | |
| WOLCOTT RIVERS P.C. | * | |
| and | * | Civ. Action No.:12-cv-2743 |
| JOHN DOES 1-10, | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Carl R. Taylor voluntarily dismisses this action with prejudice. No opposing party has served either an answer or a motion for summary judgment.

Dated: October 2, 2012            Respectfully Submitted,

                    /s/ E. David Hoskins
                    E. David Hoskins, No. 06705
                    LAW OFFICES OF E. DAVID HOSKINS, LLC
                    Quadrangle Building at Cross Keys
                    2 Hamill Road, Ste. 362
                    Baltimore, Maryland 21210
                    (410) 662-6500 (Tel.)
                    (410) 662-7800 (Fax)
                    *dhoskins@hoskinslaw.com*

1